UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR 15-326-R-1 |
| ) | |
| Plaintiff, ) | FINDINGS RE: DENIAL OF BRIDGETTE |
| ) | JACKSON'S MOTION FOR BAIL |
| v. ) | PENDING APPEAL |
| ) | |
| BRIDGETTE LENET JACKSON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

On a limited remand from the United States Court of Appeals for the Ninth Circuit, this Court is ordered to provide a statement as to its findings regarding whether appellant would pose a danger to the safety of any other person or the community if released. The Court finds that Defendant did not meet her burden to prove by clear and convincing evidence that she is not likely to pose a danger to the safety of any other person or the community if released. Defendant has not provided any clear and convincing evidence that she would not pose a danger, as is necessary to meet her burden. United States v. Wheeler, 795 F.2d 839, 840 (9th Cir. 1986); 18 U.S.C. § 3143(b)(1)(A).

Dated: May 10, 2017

                                          MANUEL L. REAL
                                   UNITED STATES DISTRICT JUDGE

CC: USCA 9TH Circuit